LEWIS AND ROCA LLP LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429
Telephone: (602) 262-5311

David D. Garner, State Bar No. 020459
Direct Dial: 602 262-5335
Direct Fax: 602 734-3891
EMail: DGarner@LRLaw.com

Myles Morrison, State Bar No. 026321
Direct Dial: (602) 262-5379
Direct Fax: (602) 748-2538
EMail: MMorrison@LRLaw.com

Attorneys for Plaintiff
Wells Fargo Bank, National Association

Rcvd
APR 10 2009

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wells Fargo Bank, National Association,<br>Plaintiff,<br>vs.<br>The Magellan Owners Association, a.k.a. The Magellan Ship Owners Association, a Delaware corporation; et al.,<br>Defendants. | No. CV 09-00587-PHX-MHM<br>**WAIVER OF SERVICE OF SUMMONS** |

To Mr. David D. Garner, Attorney for Plaintiff:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the cost of service of a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from April 1, 2009, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

LEWIS AND ROCA LLP LAWYERS

DATED this 7 day of APRIL, 2009.

By: [signature]
Signature of you ~~or, if represented by counsel, of your attorney~~

MARK LEVEY
Printed name (and relationship to Defendant, if applicable) of signing party

Printed name of Defendant (if different from the signing party)

629 BALIBAY RD APOLLO BCH FL
Address

MARK@LEVEY.ORG
Email address

813-676-0515
Telephone number

***

**Please be sure to fill in all requested information before returning this waiver form.**

***

COPY of the foregoing mailed this 7 (Date) day of APRIL (Month), 2009 to:

David D. Garner
Myles Morrison
Lewis and Roca LLP
40 North Central Avenue
Phoenix, AZ 85004
*Attorneys for Plaintiff*

[signature]
(Signature of person mailing this waiver)

LEWIS AND ROCA LLP LAWYERS

**DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.